**Bobby LAWTON, Appellant,**

v.

**Terry MACE, Respondent.**

**No. WD 74459.**

Missouri Court of Appeals,
Western District.

June 26, 2012.

Rehearing Denied July 31, 2012.

Bobby J. Lawton, St. Joseph, MO, Appellant, pro se.

Terry L. Mace, St. Joseph, MO, Respondent, pro se.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

**Order**

PER CURIAM:

Appellant, Bobby Lawton, filed a claim in small claims court against Terry Mace of Mace's Body Shop for negligent repair of Lawton's 1991 Dodge truck. After hearing evidence, the trial court entered judgment in favor of Mace, finding that

Lawton failed to present his damages. The judgment is affirmed. Rule 84.16(b).